■ MARILYN VIGLIOTTI, as Administratrix of the Estate of JOHN L. VIGLIOTTI, Deceased, Respondent, v EXECUTIVE LAND CORPORATION et al., Defendants and Third-Party Plaintiffs, et al., Defendants. ESSENTIAL ELECTRIC CORP., Third-Party Defendant-Appellant, HLM ELECTRIC Co. et al., Third-Party Defendants-Respondents. RED-WING PRODUCTS, INC., Second Third-Party Plaintiff; ESSENTIAL ELECTRIC CORP., Second Third-Party

Defendant-Appellant; HLM ELECTRIC Co. et al., Second Third-Party Defendants; ESSENTIAL ELECTRIC CORP., Fourth-Party Plaintiff-Appellant; REGIONAL LADDER & SCAFFOLDING COMPANY, Fourth-Party Defendant; ESSENTIAL ELECTRIC CORP., Second Fourth-Party Plaintiff-Appellant; TOWN OF ISLIP INDUSTRIAL DEVELOPMENT AGENCY, Second Fourth-Party Defendant-Appellant.—Appeals by the Town of Islip Industrial Development Agency and Essential Electric Corp. from an order of the Supreme Court, Suffolk County (Copertino, J.), dated May 15, 1990.

Ordered that the order is affirmed, with one bill of costs to the respondent, payable by the appellants jointly, for reasons stated by Justice Copertino in the Supreme Court (see also, Holmes v Greenlife Landscaping, 171 AD2d 916). Bracken, J. P., Sullivan, Lawrence and Ritter, JJ., concur.